```
                     UNITED STATES COURT OF APPEALS

                        FOR THE FOURTH CIRCUIT
                                                             FILED
                                                       January 17, 2006


                              No. 05-555
                              CR-99-75

In Re: MICHAEL MORRIS

        Movant


                              ---------
                              O R D E R
                              ---------

     Movant has filed a motion pursuant to 28 U.S.C. Section 2244

for authorization to file a successive application for relief.

     The Court denies the motion.

     Entered at the direction of Judge Niemeyer with the

concurrence of Judge King and Judge Hamilton.


                                   For the Court,

                                   /s/ Patricia S. Connor
                                   _____
                                          CLERK
```